IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CV-00152-M-KS

JUAN MIGUEL DELIMAS SEIJAS,

    Plaintiff,

v.

PAMELA BONDI, et al.,

    Defendants.

ORDER

This matter comes before the court on Defendants' Motion to Dismiss [DE 6]. On October 27, 2025, Plaintiff filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). DE 11. Defendants' motion is therefore DENIED AS MOOT.

SO ORDERED this 28th day of October, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE